**FILED**

SEP 3 0 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| MICHAEL EDWARDS,<br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, and BMW FINANICAL SERVICES N.A., LLC,<br>    Defendants. | Civil Action No.<br>DR-24-CV-00021-AM/MHW |

## ORDER OF DISMISSAL

On September 30, 2024, Plaintiff Michael Edwards and Defendant Equifax Information Services, LLC filed a Joint Stipulation of Dismissal with Prejudice. (Joint Stip., ECF No. 39.) The Joint Stipulation meets the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is therefore effective without court order. Fed. R. Civ. P. 41(a)(1)(A). However, in the interest of efficiency and maintaining clarity of the record, the Court enters this Order.

**IT IS THEREFORE ORDERED** that Michael Edwards's claims against Equifax Information Services, LLC are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. The Plaintiff's claims against the other Defendants are unaffected by this Order.

SIGNED and ENTERED on this 30th day of September 2024.

_____
ALIA MOSES
Chief United States District Judge