**FILED**

JAN 0 8 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

| | |
|---|---|
| MICHAEL EDWARDS,<br>    **Plaintiff,**<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., EQUIFAX<br>INFORMATION SERVICES, LLC,<br>TRANS UNION LLC, and BMW<br>FINANICAL SERVICES N.A., LLC,<br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **Civil Action No.**<br>)    **DR-24-CV-00021-AM/MHW** |

### ORDER OF DISMISSAL

On January 7, 2025, Plaintiff Michael Edwards and Defendant Trans Union, LLC filed a Joint Stipulation of Dismissal with Prejudice. (Joint Stip., ECF No. 47.) The Joint Stipulation meets the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is therefore effective without court order. Fed. R. Civ. P. 41(a)(1)(A). However, in the interest of efficiency and maintaining clarity of the record, the Court enters this Order.

**IT IS THEREFORE ORDERED** that Michael Edwards's claims against Trans Union, LLC are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. The Plaintiff's claims against the remaining Defendants are unaffected by this Order.

SIGNED and ENTERED on this 8th day of January 2025.

_____
ALIA MOSES
Chief United States District Judge