FILED
MAR 0 6 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| MICHAEL EDWARDS,<br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, and BMW FINANICAL SERVICES N.A., LLC,<br>    Defendants. | Civil Action No.<br>DR-24-CV-00021-AM/MHW |

## ORDER OF DISMISSAL

On February 13, 2025, Plaintiff Michael Edwards and Defendant Experian Information Solutions, Inc. filed a Joint Stipulation of Dismissal with Prejudice. (Joint Stip., ECF No. 50.) The Joint Stipulation meets the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is therefore effective without court order. Fed. R. Civ. P. 41(a)(1)(A). However, in the interest of efficiency and maintaining clarity of the record, the Court enters this Order.

**IT IS THEREFORE ORDERED** that Michael Edwards's claims against Experian Information Solutions, Inc. are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees.

As ordered on August 29, 2024, the remainder of this matter is **STAYED** pending the completion of arbitration between the Plaintiff and BMW Financial Services N.A., LLC. (Order, ECF No. 36.)

SIGNED and ENTERED on this 6th day of March 2025.

_____
ALIA MOSES
Chief United States District Judge